**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re:

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK,

                    Debtor.
-----------------------------------------------------------------X
ARK35 DOE, ARK108 DOE, ARK114 DOE,
ARK302 DOE, ARK303 DOE, ARK414 DOE,
ARK625 DOE, ARK631 DOE, ARK653 DOE, and
ARK675 DOE,

                    Appellants,            23 **CIVIL** 3777 (AKH)

      -against-                         **JUDGMENT**

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK,

                    Appellee.
-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 17, 2024, the claimants' appeals are denied. The April 19, 2023 order of the United States Bankruptcy Court for the Southern District of New York, dismissing Claims Nos. 90469, 90470, 90471, 90474, 90475, 90476, 90477, 90478, 90518, and 90528 with prejudice, is affirmed; accordingly, the case is closed.

**Dated:** New York, New York
          May 20, 2024

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                              **BY:**     K. Mango
                                                        **Deputy Clerk**